IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**UNITED STATES OF AMERICA**                                                             **PLAINTIFF**

**V.**                                    **CASE NO. 2:23-CV-2082**

**CHRISTOPHER A. HENTHORNE; SUMMER D. HENTHORNE;
REGIONS BANK D/B/A REGIONS MORTGAGE; and
STATE OF ARKANSAS DEPARTMENT
OF FINANCE AND ADMINISTRATION**                           **DEFENDANTS**

## ORDER GRANTING SUMMARY JUDGMENT

On July 9, 2024, the United States filed a Motion for Summary Judgment (Doc. 17), Brief in Support (Doc. 18), Statement of Facts (Doc. 19), and supporting Affidavits (Docs. 20 & 21). The Motion is unopposed. Federal Rule of Civil Procedure 56(a) provides that summary judgment is appropriate "if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law."

In Count I of the Complaint, the United States seeks to reduce to judgment all federal income tax liabilities assessed against Defendant Christopher A. Henthorne for tax years 2013, 2014, 2015, 2016, 2018, and 2019. The undisputed evidence establishes that Mr. Henthorne owes the United States $648,387.33 in taxes and penalties, plus interest that has accrued and will continue to accrue until the indebtedness is fully paid. In Count II, the United States seeks to enforce its federal tax liens against Mr. Henthorne's real property located at 1624 Highway 348 in Rudy, Arkansas ("1624 Property"), and requests that the Court order a judicial sale. Mr. Henthorne alone holds title to the 1624 Property and currently resides there. Defendant Arkansas Department of Finance and Administration has no judgments or liens attached to the 1624 Property and

disclaims any interest in the property. *See* Doc. 9, ¶ 3. Defendant Regions Bank has a valid mortgage lien on the 1624 Property that takes priority over the United States's federal tax liens. *See* Doc. 14, ¶ 3.

Upon due consideration of the undisputed evidence of record, **IT IS ORDERED** that the Motion for Summary Judgment (Doc. 17) is **GRANTED**. The Court makes the following findings:

(1) Christopher A. Henthorne is indebted to the United States in the amount of $648,387.33 for federal income tax liabilities for tax years 2013, 2014, 2015, 2016, 2018, and 2019, plus interest and other statutory additions that will continue to accrue after July 8, 2024.

(2) The federal tax liens against the property of Christopher A. Henthorne are valid and subsisting liens that attached at the time of assessment to all property and rights to property held by Christopher A. Henthorne.

(3) The federal tax liens described herein are to be enforced against the 1624 Property.

(4) Separate Defendants Summer D. Henthorne and the State of Arkansas Department of Finance and Administration have no interest in the 1624 Property and are not entitled to a share of the proceeds from its sale.

**IT IS FURTHER ORDERED** that the 1624 Property is to be sold with all proceeds distributed consistent with the Stipulation (Doc. 14) between the United States and Regions Bank. The United States is therefore **DIRECTED** to file a motion for order of sale and email a proposed order to chambers.

**IT IS SO ORDERED** on this 4th day of November, 2024.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE